IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

_____

ORDER FOR CALENDAR CALL
_____

Upon review of the files in the civil actions that are subject to this order, the Court has determined that trials should now be scheduled by convening a Calendar Call to be attended by trial counsel. Recognizing that discovery may not have been completed, that motions may be pending and that there have been no pretrial conferences held, the Court must depend upon counsel to provide necessary information in a **joint statement to be handed up when the case is called**. Accordingly, it is

ORDERED that counsel responsible for the trial of the cases on the attached list will appear at a Calendar Call on October 28, 2011, in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, at the time designated.

In all cases, counsel are directed to meet at least 10 days before the Calendar Call and prepare a joint status statement answering the following questions:

> Has all discovery been completed?
> Is it reasonable to expect that counsel will agree on a pretrial order
>     without convening a pretrial conference?
> Are any motions pending or contemplated?
> Is this a jury trial?
> What is the expected length of trial?
> What is the probability of settlement?

These statements will be handed up at the Calendar Call, and will be considered in setting the trial date. Counsel responsible for the case must be present to respond to the court's questions. Trial dates are expected to be within six months of the Calendar Call.

Dated:   August 25th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge

## **CALENDAR CALL**

### **8:00 a.m.**

| | | |
|---|---|---|
| 10-cv-891 | THERESA L. GEOPFERT v.<br>FINANCIAL CONSULTANTS, INC.,<br>IMY'S BOYS CONDOS, LLC,<br>MONARCH MOUNTAIN LODGE, LLC,<br>CLIFFHANGERS'S RESTAURANT & LOUNGE, LLC,<br>RICHARD MCHOSE, and<br>DONALD MCHOSE | Pamela J. Walker<br>Dale R. Enck |
| 10-cv-1489 | PUBLIO CARDENAS v.<br>TRELLEBORG SEALING SOLUTIONS US, INC. | Robert Gingras<br>Andrew W. Volin |
| 10-cv-1895 | FRANK AGAZIO,<br>JULIA AGAZIO,<br>MARIA AGAZIO v.<br>COMMERCE CITY, COLORADO,<br>COMMERCE CITY POLICE DEPARTMENT<br>COMMERCE CITY ANIMAL CONTROL,<br>COMMERCE CITY POLICE OFFICER SUZANNE BARBER (CC2746),<br>COMMERCE CITY POLICE OFFICER KENDALL GROVE (CC1088) | Jay Wayne Swearingen<br>Steven J. Dawes |
| 10-cv-2280 | VINCENT MACIEYOVSKI v.<br>CITY AND COUNTY OF DENVER,<br>DEPARTMENT OF PUBLIC BUILDINGS,<br>DENVER ART MUSEUM | Mark S. Bove<br>Robert A. Wolf |
| 10-cv-2308 | PAUL D. McKINNIS and<br>DALRIADA ENTERPRISES LLC v.<br>FITNESS TOGETHER FRANCHISE<br>  CORPORATION | Harold R. Bruno III<br>David James Meretta<br>Jess Alexander Dance<br>Leonard H. MacPhee |
| 10-cv-2585 | RITA MONTOYA v<br>BRIGHTON 27J SCHOOL DISTRICT | Paul J. Maxon<br>Michael W. Schreiner |
| 10-cv-2636 | JUSTIN HANDLIN and<br>LYNNE HANDLIN v.<br>LIBERTY MUTUAL INSURANCE COMPANY | Michael J. Ogborn<br>Troy R. Olsen |
| 10-cv-2729 | BRAULIO MAXIMILIANO and<br>TARA MAXIMILIANO v.<br>SAFECO INSURANCE COMPANY OF AMERICA | Jerold Hart<br>Troy R. Olsen |
| 10-cv-2870 | JAMI NEWBERRY v.<br>BEST BUY STORES, L.P. | Seth J. Benezra<br>Elizabeth S. McKelvey |

(SEE PAGE 3)

# **CALENDAR CALL**

### **8:30 a.m.**

| | | |
|---|---|---|
| 10-cv-2880 | LAVERN E. BAHLMANN, JR. v.<br>GREAT WESTERN RAILWY OF COLORADO, LLC, a/k/a<br>GREAT WESTERN RAILROAD OF COLORADO, LLC | John J. Rossi<br>Michael J. Daugherty |
| 10-cv-2895 | RACHEL FRIEDSTAT v.<br>SARAH E. CONRAD and<br>LUNKER, INC., d/b/a THE CLUB | Jeffrey A. Springer<br>Matthew M. Holycross<br>Michael J. Knauf<br>Heather A. Salg |
| 10-cv-2977 | KYLE MERLIN GILMAN v.<br>LOOMIS ARMORED US, LLC. | Donald L. Salem<br>Christopher M. Leh<br>Katherine S. Dix |
| 10-cv-3030 | CATHERINE FUSHIMI v.<br>COLORADO STATE EMPLOYEES CREDIT UNION | Patricia A. Thatcher<br>Darin L. Mackender |
| 10-cv-3163 | ELIZABETH FREDERICK v.<br>METROPOLITAN STATE COLLEGE BOARD OF TRUSTEES | David A. Lane<br>Sara J. Rich<br>Christine K. Wilkinson<br>Alison F. Kyles |
| 11-cv-371 | KAREN RAE SMITH v.<br>LARRY HALEM | Joshua Maximon<br>Scot W. Greenwood |
| 11-cv-404 | PATRICIA A. JACKSON v.<br>COLORADO ACADEMY | Hugh S. Pixler<br>Joe L. Silver |
| 11-cv-577 | ERIN WILLIAMS v.<br>M&R SALES AND SERVICE, INC. | Matthew M. Holycross<br>Thomas H. Blomstrom<br>C. Michael Montgomery |