IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02280-RPM

VINCENT MACIEYOVSKI,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DEPARTMENT OF PUBLIC OFFICE BUILDINGS,
DENVER ART MUSEUM,

    Defendants.

___

ORDER EXTENDING DISPOSITIVE MOTION DEADLINE
___

    Upon review of Defendant's Unopposed Motion to Amend Scheduling Order and Extend Dispositive Motion Deadline [11] filed August 25, 2011, it is

    ORDERED that the deadline for filing dispositive motions is extended to and including September 21, 2011.

    Dated:   August 26th, 2011

                                           BY THE COURT:

                                           s/Richard P. Matsch

                                           _____
                                           Richard P. Matsch, Senior District Judge