## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  January 12, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

___

Civil Action No. 10-cv-02280-RPM

VINCENT MACIEYOVSKI,                                       Mark S. Bove

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,                                 Robert A. Wolf
DEPARTMENT OF PUBLIC OFFICE BUILDINGS,
DENVER ART MUSEUM,

    Defendant.

___

## COURTROOM MINUTES
___

**Hearing on Motion for Summary Judgment**

**1:58 p.m.**      **Court in session.**

Court's preliminary remarks.

Argument by Mr. Wolf.
Argument by Mr. Bove.

Court's oral findings of fact and conclusions of law as stated on record.

**ORDERED:** Defendant City and County of Denver's Motion for Summary Judgment [13], is granted. Defendant awarded costs.

**2:38 p.m.**      **Court in recess.**

Hearing concluded. Total time: 40 min.