IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02280-RPM

VINCENT MACIEYOVSKI,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DEPARTMENT OF PUBLIC OFFICE BUILDINGS,
DENVER ART MUSEUM,

    Defendant.

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

    Pursuant to the hearing held today on the defendants' motion for summary judgment and based upon the oral rulings made at the hearing, it is

    ORDERED that the motion for summary judgment by the Defendant City and County of Denver, the employer and only properly named defendant in this case, is granted and the Clerk will enter judgment of dismissal and awarding costs to the defendant City and County of Denver.

Dated:    January 12th, 2012

                                                    BY THE COURT:

                                                    s/Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior District Judge